FILED
NOV 0 1 2007 NF
Nov. 1, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JH

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RANA CHIRIBOGA and FRANK CHIRIBOGA, <br><br> Plaintiffs, <br><br> v. <br><br> THE STEAK AND SHAKE COMPANY, an Indiana Corporation; STEAK N SHAKE OPERATIONS, INC., an Indiana Corporation; and, DART CONTAINER CORPORATION, a Michigan Corporation, <br><br> Defendants. | 07CV 6173 <br> JUDGE LINDBERG <br> MAGISTRATE JUDGE COLE <br><br> PLAINTIFF DEMANDS TRIAL BY JURY |

## COMPLAINT

### COUNT I

NOW COMES Plaintiff RANA CHIRIBOGA by and through her attorneys, CLANCY & STEVENS, and complaining of Defendant THE STEAK AND SHAKE COMPANY, an Indiana Corporation, states:

1. That on November 1, 2005, Defendant THE STEAK AND SHAKE COMPANY, an Indiana Corporation, was a restaurant business with its principle place of business in the State of Indiana.

2. That on said date, Defendant DART CONTAINER CORPORATION was a Michigan corporation with its principle place of business in the State of Michigan and was engaged in the design, manufacture, and distribution of *inter alia* "take out" soup lids, containers, and paper bags for THE STEAK AND SHAKE COMPANY and STEAK N SHAKE OPERATIONS, INC.

1

3. That on said date, THE STEAK AND SHAKE COMPANY, an Indiana Corporation, owned a restaurant called "Steak n Shake" in Glendale Heights, Illinois.

4. That on said date, THE STEAK AND SHAKE COMPANY, an Indiana Corporation, operated a restaurant called "Steak n Shake" in Glendale Heights, Illinois.

5. That from November 1, 2005 to the present RANA CHIRIBOGA and FRANK CHIRIBOGA have been citizens of Illinois.

6. That jurisdiction is based on 28 U.S.C. 1332, diversity of citizenship.

7. That venue is based on 28 U.S.C. 1391(a)(2).

8. That on said date, RANA CHIRIBOGA and FRANK CHIRIBOGA were married.

9. That on said date, at said restaurant, RANA CHIRIBOGA purchased an order of food, including hot soup with lid, to "take out" in a bag provided by said restaurant.

10. That on said date, RANA CHIRIBOGA returned home after purchasing food from said restaurant and when she tried to pick up said bag it fell apart and allowed hot soup to spill on her and on the floor around her.

11. That on said date, RANA CHIRIBOGA fell as a result of the spilling of the soup.

12. That disregarding its duty to exercise ordinary care, THE STEAK AND SHAKE COMPANY, by and through its employees was guilty of one or more of the following careless and negligent acts or omissions of duty that proximately caused the injuries and damages hereinaftermentioned:

    a. Failed to use appropriate soup bowls, lids, and bags for customers, including RANA CHIRIBOGA, who purchased hot soup to "take out";

    b. Failed to warn RANA CHIRIBOGA of the inadequacy of the soup bowls, lids, and bags for the bowls of "take out" soup purchased by her;

    c.      Failed to properly arrange and package the "take out" soup containers purchased by RANA CHIRIBOGA in the "take out" bag such that the hot soup destroyed the bowls, lids and bag and hot soup spilled onto RANA CHIRIBOGA and on the floor.

    d.      Failed to train its employees in the proper arrangement and packaging of hot soup for "take out" customers.

13.     That as a direct and proximate result of one or more of the following careless and negligent acts or omissions of duty, Plaintiff RANA CHIRIBOGA was injured; that she sustained injuries to her back, hip and leg and other parts of her body; that she has been required to spend sums of money for medical care in an endeavor to be cured of her injuries; that she has in the past been subjected to great pain, suffering and disability and will in the future; that she has been unable to attend to her usual duties.

WHEREFORE Plaintiff, RANA CHIRIBOGA, requests judgment against Defendant THE STEAK AND SHAKE COMPANY, an Indiana Corporation, in an amount commensurate with her injuries and damages in excess of seventy five thousand dollars ($75,000.00).

## COUNT II

NOW COMES Plaintiff FRANK CHIRIBOGA, by and through his attorneys, CLANCY & STEVENS, and complaining of Defendant THE STEAK AND SHAKE COMPANY, an Indiana Corporation, states:

1.     That on November 1, 2005, Defendant THE STEAK AND SHAKE COMPANY, an Indiana Corporation, was a restaurant business with its principle place of business in the State of Indiana.

2.     That on said date, Defendant DART CONTAINER CORPORATION was a Michigan corporation with its principle place of business in the State of Michigan and was

engaged in the design, manufacture, and distribution of *inter alia* "take out" soup lids, containers, and paper bags for THE STEAK AND SHAKE COMPANY and STEAK N SHAKE OPERATIONS, INC.

3. That on said date, THE STEAK AND SHAKE COMPANY, an Indiana Corporation, owned a restaurant called "Steak n Shake" in Glendale Heights, Illinois.

4. That on said date, THE STEAK AND SHAKE COMPANY, an Indiana Corporation, operated a restaurant called "Steak n Shake" in Glendale Heights, Illinois.

5. That from November 1, 2005 to the present, RANA CHIRIBOGA and FRANK CHIRIBOGA, have been citizens of Illinois.

6. That jurisdiction is based on 28 U.S.C. 1332, diversity of citizenship.

7. That venue is based on 28 U.S.C. 1391(a)(2).

8. That on said date, RANA CHIRIBOGA and FRANK CHIRIBOGA were married.

9. That on said date, at said restaurant, RANA CHIRIBOGA purchased an order of food, including hot soup with lids, to "take out" in a bag provided by said restaurant.

10. That on said date, RANA CHIRIBOGA returned home after purchasing food from said restaurant and when she tried to pick up said bag it fell apart and allowed hot soup to spill on her and on the floor around her.

11. That on said date, RANA CHIRIBOGA fell as a result of the spilling of the soup.

12. That disregarding its duty to exercise ordinary care, THE STEAK AND SHAKE COMPANY, by and through its employees was guilty of one or more of the following careless and negligent acts or omissions of duty that proximately caused the injuries and damages hereinaftermentioned:

4

a. Failed to use appropriate soup bowls, lids, and bags for customers, including RANA CHIRIBOGA, who purchased hot soup to "take out";

b. Failed to warn RANA CHIRIBOGA of the inadequacy of the soup bowls, lids, and bags for the bowls of "take out" soup purchased by her;

c. Failed to properly arrange and package the "take out" soup containers purchased by RANA CHIRIBOGA in the "take out" bag such that the hot soup destroyed the bowls, lids and bag and hot soup spilled onto RANA CHIRIBOGA and on the floor.

d. Failed to train its employees in the proper arrangement and packaging of hot soup for "take out" customers.

13. That as a direct and proximate result of one or more of the following careless and negligent acts or omissions of duty, Plaintiff RANA CHIRIBOGA was injured; that her husband, Plaintiff FRANK CHIRIBOGA has become responsible for sums of money for medical bills in attempts to care for her injuries; that he suffered and will suffer a loss of consortium.

WHEREFORE Plaintiff, FRANK CHIRIBOGA, requests judgment against Defendant THE STEAK AND SHAKE COMPANY, an Indiana Corporation, in an amount commensurate with his injuries and damages in excess of seventy five thousand dollars ($75,000.00).

## COUNT III

NOW COMES Plaintiff RANA CHIRIBOGA, by and through her attorneys, CLANCY & STEVENS, and complaining of Defendant STEAK N SHAKE OPERATIONS, INC., an Indiana Corporation, states:

1. That on November 1, 2005, Defendant STEAK N SHAKE OPERATIONS, INC., an Indiana Corporation, was a restaurant business with its principle place of business in the State

of Indiana.

2. That on said date, Defendant DART CONTAINER CORPORATION was a Michigan corporation with its principle place of business in the State of Michigan and was engaged in the design, manufacture, and distribution of *inter alia* "take out" soup lids, containers, and paper bags for THE STEAK AND SHAKE COMPANY and STEAK N SHAKE OPERATIONS, INC.

3. That on said date, STEAK N SHAKE OPERATIONS, INC., an Indiana Corporation, owned a restaurant called "Steak n Shake" in Glendale Heights, Illinois.

4. That on said date, STEAK N SHAKE OPERATIONS, INC., an Indiana Corporation, operated a restaurant called "Steak n Shake" in Glendale Heights, Illinois.

5. That from November 1, 2005 to the present, RANA CHIRIBOGA and FRANK CHIRIBOGA, have been citizens of Illinois.

6. That jurisdiction is based on 28 U.S.C. 1332, diversity of citizenship.

7. That venue is based on 28 U.S.C. 1391(a)(2).

8. That on said date, RANA CHIRIBOGA and FRANK CHIRIBOGA were married.

9. That on said date, at said restaurant, Plaintiff RANA CHIRIBOGA purchased an order of food, including hot soup with lids, to "take out" in a bag provided by said restaurant.

10. That on said date, RANA CHIRIBOGA returned home after purchasing food from said restaurant and when she tried to pick up said bag it fell apart and allowed hot soup to spill on her and on the floor around her.

11. That on said date, RANA CHIRIBOGA fell as a result of the spilling of the soup.

12. That disregarding its duty to exercise ordinary care, STEAK N SHAKE

OPERATIONS, INC., by and through its employees was guilty of one or more of the following careless and negligent acts or omissions of duty that proximately caused the injuries and damages hereinaftermentioned:

    a.    Failed to use appropriate soup bowls, lids, and bags for customers, including RANA CHIRIBOGA, who purchased hot soup to "take out";

    b.    Failed to warn RANA CHIRIBOGA of the inadequacy of the soup bowls, lids, and bags for the bowls of "take out" soup purchased by her;

    c.    Failed to properly arrange and package the "take out" soup containers purchased by RANA CHIRIBOGA in the "take out" bag such that the hot soup destroyed the bowls, lids and bag and hot soup spilled onto RANA CHIRIBOGA and on the floor.

    d.    Failed to train its employees in the proper arrangement and packaging of hot soup for "take out" customers.

13. That as a direct and proximate result of one or more of the following careless and negligent acts or omissions of duty, RANA CHIRIBOGA was injured; that she sustained injuries to her back, hip and leg and other parts of her body; that she has been required to spend sums of money for medical care in an endeavor to be cured of her injuries; that she has in the past been subjected to great pain, suffering and disability and will in the future; that she has been unable to attend to her usual duties.

WHEREFORE Plaintiff RANA CHIRIBOGA, requests judgment against Defendant STEAK N SHAKE OPERATIONS, INC., an Indiana Corporation, in an amount commensurate with her injuries and damages in excess of seventy five thousand dollars ($75,000.00).

### COUNT IV

NOW COMES Plaintiff, FRANK CHIRIBOGA, by and through his attorneys, CLANCY

& STEVENS, and complaining of Defendant, STEAK N SHAKE OPERATIONS, INC., an Indiana Corporation, states:

1. That on November 1, 2005, Defendant STEAK N SHAKE OPERATIONS, INC., an Indiana Corporation, was a restaurant business with its principle place of business in the State of Indiana.

2. That on said date, Defendant DART CONTAINER CORPORATION was a Michigan corporation with its principle place of business in the State of Michigan and was engaged in the design, manufacture, and distribution of *inter alia* "take out" soup lids, containers, and paper bags for THE STEAK AND SHAKE COMPANY and STEAK N SHAKE OPERATIONS, INC.

3. That on said date, STEAK N SHAKE OPERATIONS, INC., an Indiana Corporation, owned a restaurant called "Steak n Shake" in Glendale Heights, Illinois.

4. That on said date, STEAK N SHAKE OPERATIONS, INC., an Indiana Corporation, operated a restaurant called "Steak n Shake" in Glendale Heights, Illinois.

5. That from November 1, 2005 to the present, RANA CHIRIBOGA and FRANK CHIRIBOGA, have been citizens of Illinois.

6. That jurisdiction is based on 28 U.S.C. 1332, diversity of citizenship.

7. That venue is based on 28 U.S.C. 1391(a)(2).

8. That on said date, RANA CHIRIBOGA and FRANK CHIRIBOGA were married.

9. That on said date, at said restaurant, RANA CHIRIBOGA purchased an order of food, including hot soup with lids, to "take out" in a bag provided by said restaurant.

10. That on said date, RANA CHIRIBOGA returned home after purchasing food from

said restaurant and when she tried to pick up said bag it fell apart and allowed hot soup to spill on her and on the floor around her.

11. That on said date, RANA CHIRIBOGA fell as a result of the spilling of the soup.

12. That disregarding its duty to exercise ordinary care, STEAK N SHAKE OPERATIONS, INC., by and through its employees was guilty of one or more of the following careless and negligent acts or omissions of duty that proximately caused the injuries and damages hereinaftermentioned:

    a. Failed to use appropriate soup bowls, lids, and bags for customers, including RANA CHIRIBOGA, who purchased hot soup to "take out";

    b. Failed to warn Plaintiff of the inadequacy of the soup bowls, lids, and bags for the bowls of "take out" soup purchased by her;

    c. Failed to properly arrange and package the soup containers purchased by RANA CHIRIBOGA in the "take out" bag such that the hot soup destroyed the bowls, lids and bag and hot soup leaked onto RANA CHIRIBOGA and on the floor.

    d. Failed to train its employees in the proper arrangement and packaging of hot soup for "take out" customers.

13. That as a direct and proximate result of one or more of the following careless and negligent acts or omissions of duty, Plaintiff RANA CHIRIBOGA was injured; that her husband, Plaintiff FRANK CHIRIBOGA has become responsible for sums of money for medical bills in attempts to care for her injuries; that he suffered and will suffer a loss of consortium.

WHEREFORE Plaintiff, FRANK CHIRIBOGA, requests judgment against Defendant STEAK N SHAKE OPERATIONS, INC., an Indiana Corporation, in an amount commensurate with his injuries and damages in excess of seventy five thousand dollars ($75,000.00).

## COUNT V

NOW COMES Plaintiff RANA CHIRIBOGA, by and through her attorneys, CLANCY & STEVENS, and complaining of Defendant DART CONTAINER CORPORATION states:

1. That on November 1, 2005, Defendant THE STEAK AND SHAKE COMPANY, an Indiana Corporation, and/or STEAK N SHAKE OPERATIONS, INC., an Indiana Corporation, was a restaurant business with its principle place of business in the State of Indiana.

2. That on said date, Defendant DART CONTAINER CORPORATION was a Michigan corporation with its principle place of business in the State of Michigan engaged in the design, manufacture, and distribution of *inter alia* "take out" soup lids, containers, and paper bags for THE STEAK AND SHAKE COMPANY and STEAK N SHAKE OPERATIONS, INC.

3. That on said date, THE STEAK AND SHAKE COMPANY, an Indiana Corporation, and/or STEAK N SHAKE OPERATIONS, INC., an Indiana Corporation, owned a restaurant called "Steak n Shake" in Glendale Heights, Illinois.

4. That on said date, THE STEAK AND SHAKE COMPANY, an Indiana Corporation, and/or STEAK N SHAKE OPERATIONS, INC., an Indiana Corporation, operated a restaurant called "Steak n Shake" in Glendale Heights, Illinois.

5. That from November 1, 2005 to the present RANA CHIRIBOGA and FRANK CHIRIBOGA, have been citizens of Illinois.

6. That jurisdiction is based on 28 U.S.C. 1332, diversity of citizenship.

7. That venue is based on 28 U.S.C. 1391(a)(2).

8. That on said date, RANA CHIRIBOGA and FRANK CHIRIBOGA were married.

9. That on said date, at said restaurant, RANA CHIRIBOGA purchased an order of

food, including hot soup with lids, to "take out" in a bag provided by said restaurant.

10. That on said date, RANA CHIRIBOGA returned home after purchasing food from said restaurant and when she tried to pick up said bag it fell apart and allowed hot soup to spill on her and on the floor around her.

11. That on said date, RANA CHIRIBOGA fell as a result of the spilling of the soup.

12. That prior to said date, DART CONTAINER CORPORATION designed the soup containers, lids, and bags used by THE STEAK AND SHAKE COMPANY and/or STEAK N SHAKE OPERATIONS, INC., and "Steak n Shake" in Glendale Heights, Illinois for "take out" soup.

13. That prior to said date, DART CONTAINER CORPORATION manufactured the soup containers, lids, and bags used by THE STEAK AND SHAKE COMPANY and/or STEAK N SHAKE OPERATIONS, INC., and "Steak n Shake" in Glendale Heights, Illinois for "take out" soup.

14. That prior to said date, DART CONTAINER CORPORATION distributed the soup containers, lids, and bags used by THE STEAK AND SHAKE COMPANY and/or STEAK N SHAKE OPERATIONS, INC., and "Steak n Shake" in Glendale Heights, Illinois for "take out" soup.

15. That prior to said date, DART CONTAINER CORPORATION sold the soup containers, lids, and bags used by THE STEAK AND SHAKE COMPANY and/or STEAK N SHAKE OPERATIONS, INC., and "Steak n Shake" in Glendale Heights, Illinois for "take out" soup.

16. That disregarding its duty to exercise ordinary care, DART CONTAINER

CORPORATION by and through its employees was guilty of one or more of the following careless and negligent acts or omissions of duty that proximately caused the injuries and damages hereinaftermentioned:

    a. Failed to warn customers, including THE STEAK AND SHAKE COMPANY, and/or STEAK N SHAKE OPERATIONS, INC., and RANA CHIRIBOGA that the soup containers, lids, and bags it designed, manufactured, produced, and distributed were inadequate to withstand the heat of hot soup or other hot soup containers;

    b. Failed to design, manufacture, produce, and distribute soup containers, lids, and bags which were adequate to withstand the heat of hot soup when the soup was for purchase by "take out" customers.

17. That as a direct and proximate result of one or more of the following careless and negligent acts or omissions of duty, Plaintiff RANA CHIRIBOGA was injured; that she sustained injuries to her back, hip and leg and other parts of her body; that she has been required to spend sums of money for medical care in an endeavor to be cured of her injuries; that she has in the past been subjected to great pain, suffering and disability and will in the future; that she has been unable to attend to her usual duties.

WHEREFORE Plaintiff RANA CHIRIBOGA requests judgment against Defendant DART CONTAINER CORPORATION, in an amount commensurate with her injuries and damages in excess of seventy five thousand dollars ($75,000.00).

## COUNT VI

NOW COMES the Plaintiff FRANK CHIRIBOGA, by and through his attorneys, CLANCY & STEVENS, and complaining of the Defendant DART CONTAINER CORPORATION states:

1. That on November 1, 2005, THE STEAK AND SHAKE COMPANY, an Indiana

Corporation, and/or STEAK N SHAKE OPERATIONS, INC., an Indiana Corporation, was a restaurant business with its principle place of business in the State of Indiana.

2. That on said date, DART CONTAINER CORPORATION was a Michigan corporation with its principle place of business in the State of Michigan and was engaged in the design, manufacture, and distribution of *inter alia* "take out" soup lids, containers, and paper bags for THE STEAK AND SHAKE COMPANY and STEAK N SHAKE OPERATIONS, INC.

3. That on said date, THE STEAK AND SHAKE COMPANY, an Indiana Corporation, and/or STEAK N SHAKE OPERATIONS, INC., an Indiana Corporation, owned a restaurant called "Steak n Shake" in Glendale Heights, Illinois.

4. That on said date, THE STEAK AND SHAKE COMPANY, an Indiana Corporation, and/or STEAK N SHAKE OPERATIONS, INC., an Indiana Corporation, operated a restaurant called "Steak n Shake" in Glendale Heights, Illinois.

5. That from November 1, 2005 to the present RANA CHIRIBOGA and FRANK CHIRIBOGA, have been citizens of Illinois.

6. That jurisdiction is based on 28 U.S.C. 1332, diversity of citizenship.

7. That venue is based on 28 U.S.C. 1391(a)(2).

8. That on said date, RANA CHIRIBOGA and FRANK CHIRIBOGA were married.

9. That on said date, at said restaurant, RANA CHIRIBOGA purchased an order of food, including hot soup with lids, to "take out" in a bag provided by said restaurant.

10. That on said date, RANA CHIRIBOGA returned home after purchasing food from said restaurant and when she tried to pick up said bag it fell apart and allowed hot soup to spill on her and on the floor around her.

11. That on said date, RANA CHIRIBOGA fell as a result of the spilling of the soup.

12. That prior to said date, DART CONTAINER CORPORATION designed the soup containers, lids, and bags used by THE STEAK AND SHAKE COMPANY and/or STEAK N SHAKE OPERATIONS, INC., and "Steak n Shake" in Glendale Heights, Illinois for "take out" soup.

13. That prior to said date, DART CONTAINER CORPORATION manufactured the soup containers, lids, and bags used by THE STEAK AND SHAKE COMPANY and/or STEAK N SHAKE OPERATIONS, INC., and "Steak n Shake" in Glendale Heights, Illinois for "take out" soup.

14. That prior to said date, DART CONTAINER CORPORATION distributed the soup containers, lids, and bags used by THE STEAK AND SHAKE COMPANY and/or STEAK N SHAKE OPERATIONS, INC., and "Steak n Shake" in Glendale Heights, Illinois for "take out" soup.

15. That prior to said date, DART CONTAINER CORPORATION sold the soup containers, lids, and bags used by THE STEAK AND SHAKE COMPANY and/or STEAK N SHAKE OPERATIONS, INC., and "Steak n Shake" in Glendale Heights, Illinois for "take out" soup.

16. That disregarding its duty to exercise ordinary care, DART CONTAINER CORPORATION by and through its employees was guilty of one or more of the following careless and negligent acts or omissions of duty that proximately caused the injuries and damages hereinaftermentioned:

    a. Failed to warn customers, including THE STEAK AND SHAKE

        COMPANY, and/or STEAK N SHAKE OPERATIONS, INC., and RANA CHIRIBOGA that the soup containers, lids, and bags it designed, manufactured, produced, and distributed were inadequate to withstand the heat of hot soup or other hot soup containers;

    b.    Failed to design, manufacture, produce, and distribute soup containers, lids, and bags which were adequate to withstand the heat of hot soup when the soup was for purchase by "take out" customers.

17.    That as a direct and proximate result of one or more of the following careless and negligent acts or omissions of duty, RANA CHIRIBOGA was injured; that her husband, FRANK CHIRIBOGA has become responsible for sums of money for medical bills in attempts to care for her injuries; that he suffered and will suffer a loss of consortium.

WHEREFORE Plaintiff FRANK CHIRIBOGA, requests judgment against Defendant DART CONTAINER CORPORATION, in an amount commensurate with his injuries and damages in excess of seventy five thousand dollars ($75,000.00).

## COUNT VII - STRICT LIABILITY

NOW COMES the Plaintiff RANA CHIRIBOGA, by and through her attorneys, CLANCY & STEVENS, and complaining of the Defendant DART CONTAINER CORPORATION states:

1.    That on November 1, 2005, Defendant THE STEAK AND SHAKE COMPANY, an Indiana Corporation, and/or STEAK N SHAKE OPERATIONS, INC., an Indiana Corporation, was a restaurant business with its principle place of business in the State of Indiana.

2.    That on said date, DART CONTAINER CORPORATION was a Michigan corporation with its principle place of business in the State of Michigan and was engaged in the design, manufacture, and distribution of *inter alia* "take out" soup lids, containers, and bags for

THE STEAK AND SHAKE COMPANY and STEAK N SHAKE OPERATIONS, INC.

3. That on said date, THE STEAK AND SHAKE COMPANY, an Indiana Corporation, and/or STEAK N SHAKE OPERATIONS, INC., an Indiana Corporation, owned a restaurant called "Steak n Shake" in Glendale Heights, Illinois.

4. That on said date, THE STEAK AND SHAKE COMPANY, an Indiana Corporation, and/or STEAK N SHAKE OPERATIONS, INC., an Indiana Corporation, operated a restaurant called "Steak n Shake" in Glendale Heights, Illinois.

5. That from November 1, 2005 to the present RANA CHIRIBOGA and FRANK CHIRIBOGA, have been citizens of Illinois.

6. That jurisdiction is based on 28 U.S.C. 1332, diversity of citizenship.

7. That venue is based on 28 U.S.C. 1391(a)(2).

8. That on said date, RANA CHIRIBOGA and FRANK CHIRIBOGA were married.

9. That on said date, at said restaurant, RANA CHIRIBOGA purchased an order of food, including hot soup with lids, to "take out" in a bag provided by said restaurant.

10. That on said date, RANA CHIRIBOGA returned home after purchasing food from said restaurant and when she tried to pick up said bag it fell apart and allowed hot soup to spill on her and on the floor around her.

11. That on said date, RANA CHIRIBOGA fell as a result of the spilling of the soup.

12. That prior to said date, DART CONTAINER CORPORATION designed the soup containers, lids, and bags used by THE STEAK AND SHAKE COMPANY and/or STEAK N SHAKE OPERATIONS, INC., and "Steak n Shake" in Glendale Heights, Illinois for "take out" soup.

13. That prior to said date, DART CONTAINER CORPORATION manufactured the soup containers, lids, and bags used by THE STEAK AND SHAKE COMPANY and/or STEAK N SHAKE OPERATIONS, INC., and "Steak n Shake" in Glendale Heights, Illinois for "take out" soup.

14. That prior to said date, DART CONTAINER CORPORATION distributed the soup containers, lids, and bags used by THE STEAK AND SHAKE COMPANY and/or STEAK N SHAKE OPERATIONS, INC., and "Steak n Shake" in Glendale Heights, Illinois for "take out" soup.

15. That prior to said date, DART CONTAINER CORPORATION sold the soup containers, lids, and bags used by THE STEAK AND SHAKE COMPANY and/or STEAK N SHAKE OPERATIONS, INC., and "Steak n Shake" in Glendale Heights, Illinois for "take out" soup.

16. That at all time hereinmentioned, the containers, lids, and bags were defective and unreasonably dangerous in that they were inadequate to withstand the heat of hot soup or other hot containers.

17. That as a direct and proximate result of one or more of the foregoing defects, RANA CHIRIBOGA was injured; that she sustained injuries to her back, hip and leg and other parts of her body; that she has been required to spend sums of money for medical care in an endeavor to be cured of her injuries; that she has in the past been subjected to great pain, suffering and disability and will in the future; that she has been unable to attend to her usual duties.

WHEREFORE Plaintiff RANA CHIRIBOGA, requests judgment against Defendant

DART CONTAINER CORPORATION, in an amount commensurate with her injuries and damages in excess of seventy five thousand dollars ($75,000.00).

## COUNT VIII - STRICT LIABILITY

NOW COMES the Plaintiff FRANK CHIRIBOGA, by and through his attorneys, CLANCY & STEVENS, and complaining of the Defendant DART CONTAINER CORPORATION states:

1.  That on November 1, 2005, Defendant THE STEAK AND SHAKE COMPANY, an Indiana Corporation, and/or STEAK N SHAKE OPERATIONS, INC., an Indiana Corporation, was a restaurant business with its principle place of business in the State of Indiana.

2.  That on said date, DART CONTAINER CORPORATION was a Michigan corporation with its principle place of business in the State of Michigan and was engaged in the design, manufacture, and distribution of *inter alia* "take out" soup lids, containers, and paper bags for THE STEAK AND SHAKE COMPANY and STEAK N SHAKE OPERATIONS, INC.

3.  That on said date, THE STEAK AND SHAKE COMPANY, an Indiana Corporation, and/or STEAK N SHAKE OPERATIONS, INC., an Indiana Corporation, owned a restaurant called "Steak n Shake" in Glendale Heights, Illinois.

4.  That on said date, THE STEAK AND SHAKE COMPANY, an Indiana Corporation, and/or STEAK N SHAKE OPERATIONS, INC., an Indiana Corporation, operated a restaurant called "Steak n Shake" in Glendale Heights, Illinois.

5.  That from November 1, 2005 to the present RANA CHIRIBOGA and FRANK CHIRIBOGA, have been citizens of Illinois.

6.  That jurisdiction is based on 28 U.S.C. 1332, diversity of citizenship.

7.　　That venue is based on 28 U.S.C. 1391(a)(2).

8.　　That on said date, RANA CHIRIBOGA and FRANK CHIRIBOGA were married.

9.　　That on said date, at said restaurant, RANA CHIRIBOGA purchased an order of food, including hot soup with lids, to "take out" in a bag provided by said restaurant.

10.　　That on said date, RANA CHIRIBOGA returned home after purchasing food from said restaurant and when she tried to pick up said bag it fell apart and allowed hot soup to spill on her and on the floor around her.

11.　　That on said date, RANA CHIRIBOGA fell as a result of the spilling of the soup.

12.　　That prior to said date, DART CONTAINER CORPORATION designed the soup containers, lids, and bags used by THE STEAK AND SHAKE COMPANY and/or STEAK N SHAKE OPERATIONS, INC., and "Steak n Shake" in Glendale Heights, Illinois for "take out" soup.

13.　　That prior to said date, DART CONTAINER CORPORATION manufactured the soup containers, lids, and bags used by THE STEAK AND SHAKE COMPANY and/or STEAK N SHAKE OPERATIONS, INC., and "Steak n Shake" in Glendale Heights, Illinois for "take out" soup.

14.　　That prior to said date, DART CONTAINER CORPORATION distributed the soup containers, lids, and bags used by THE STEAK AND SHAKE COMPANY and/or STEAK N SHAKE OPERATIONS, INC., and "Steak n Shake" in Glendale Heights, Illinois for "take out" soup.

15.　　That prior to said date, DART CONTAINER CORPORATION sold the soup containers, lids, and bags used by THE STEAK AND SHAKE COMPANY and/or STEAK N

SHAKE OPERATIONS, INC., and "Steak n Shake" in Glendale Heights, Illinois for "take out" soup.

16. That at all time hereinmentioned, the containers, lids, and bags were defective and unreasonably dangerous in that they were inadequate to withstand the heat of hot soup or other hot containers.

17. That as a direct and proximate result of one or more of the foregoing defects, RANA CHIRIBOGA was injured; that her husband, FRANK CHIRIBOGA has become responsible for sums of money for medical bills in attempts to care for her injuries; that he suffered and will suffer a loss of consortium.

WHEREFORE Plaintiff FRANK CHIRIBOGA, requests judgment against Defendant DART CONTAINER CORPORATION, in an amount commensurate with his injuries and damages in excess of seventy five thousand dollars ($75,000.00).

Respectfully submitted,

THOMAS A. CLANCY

CLANCY & STEVENS
Attorneys for Plaintiffs
Barrister Hall - Suite 220
29 South La Salle Street
Chicago, IL 60603
(312) 782-2800

F:\Clancy\Chiriboga.798\complaint.wpd