## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07 CV 6173 |

Rana Chiriboga and Frank Chiriboga
v.
The Steak and Shake Company, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Dart Container Corporation, a corporation

| | |
|---|---|
| NAME (Type or print)<br>Lyndon C. Molzahn | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/  Lyndon C. Molzahn | |
| FIRM<br>Menges & Molzahn, LLC | |
| STREET ADDRESS<br>20 North Clark Street, Suite 2300 | |
| CITY/STATE/ZIP<br>Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>ARDC #1941186 | TELEPHONE NUMBER<br>(312) 917-1880 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ✓  NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ✓  NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ✓  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 07 CV 6173

Rana Chiriboga and Frank Chiriboga
v.
The Steak and Shake Company, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Dart Container Corporation, a corporation

| |
|---|
| NAME (Type or print)<br>Stephen R. Vedova |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Stephen R. Vedova |
| FIRM<br>Menges & Molzahn, LLC |
| STREET ADDRESS<br>20 North Clark Street, Suite 2300 |
| CITY/STATE/ZIP<br>Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>ARDC #6256810 | TELEPHONE NUMBER<br>(312) 917-1880 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |

| |
|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ |