IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RANA CHIRIBAGO AND FRANK CHIRIBAGO, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Case No. 07 CV 6173 |
| THE STEAK AND SHAKE COMPANY, ) an Indiana Corporation; ) STEAK N SHAKE OPERATIONS, INC., ) an Indiana Corporation; and, ) DART CONTAINER CORPORATION, ) a Michigan Corporation, ) Defendants. ) | Judge Lindberg Magistrate Judge Cole |

**DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.2**

Defendant, DART CONTAINER CORPORATION, is a corporation organized and existing under the laws of the State of Nevada with its principal place of business in Mason, Michigan.  DART CONTAINER CORPORATION has no parent corporation; no publicly held corporation owns 10% or more of its stock; and it has no publicly held affiliates.

Respectfully submitted,

DART CONTAINER CORPORATION

By: ___/s/ Lyndon C. Molzahn._____
    Lyndon C. Molzahn
    One of Its Attorneys

Lyndon C. Molzahn (ARDC # (1941186)
MENGES & MOLZAHN, LLC
20 North Clark Street
Suite 2300
Chicago, IL 60602-5002
Ph:  312/917-1880
Fx:  312/917-1851

Doc:288690_1