LCM:ljg                                                      55454-2

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RANA CHIRIBOGA and FRANK CHIRIBOGA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 07 CV 6173 |
| THE STEAK AND SHAKE COMPANY, STEAK 'N SHAKE OPERATIONS, INC. and DART CONTAINER CORPORATION, | ) ) ) ) | Judge Lindberg Magistrate Judge Cole |
| Defendants. | ) | |

## ANSWER TO PLAINTIFFS' COMPLAINT AT LAW

NOW COMES defendant DART CONTAINER CORPORATION, a corporation, by and through its attorneys, LYNDON C. MOLZAHN, STEPHEN R. VEDOVA and MENGES & MOLZAHN, LLC, and in answer to the Plaintiffs' Complaint at Law filed herein against it, states as follows:

### COUNT I

As the allegations of Count I are not directed to this answering defendant, and no relief is sought thereunder against it, it makes no answer thereto.

### COUNT II

As the allegations of Count II are not directed to this answering defendant, and no relief is sought thereunder against it, it makes no answer thereto.

### COUNT III

As the allegations of Count III are not directed to this answering defendant, and no relief is sought thereunder against it, it makes no answer thereto.

## COUNT IV

As the allegations of Count IV are not directed to this answering defendant, and no relief is sought thereunder against it, it makes no answer thereto.

## COUNT V

1. On information and belief, this answering defendant admits the allegations of paragraph 1.

2. This answering defendant admits that it is a corporation, and admits that its principal place of business is in the State of Michigan. This answering defendant admits only the sale of certain products including containers and lids which could accommodate soup, and admits sales of such containers and lids to The Steak and Shake Company. This answering defendant denies that on November 1, 2005 it was a Michigan corporation, and denies that it designed or manufactured any containers, lids or paper bags. Any remaining allegations of paragraph 2 are denied.

3. On information and belief, this answering defendant admits the allegations of paragraph 3.

4. On information and belief, this answering defendant admits the allegations of paragraph 4.

5. On information and belief, this answering defendant admits the allegations of paragraph 5.

6. This answering defendant admits the allegations of paragraph 6.

7. This answering defendant admits the allegations of paragraph 7.

8. This answering defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 8.

9. This answering defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 9.

10. This answering defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 10.

11. This answering defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 11.

12. This answering defendant denies the allegations of paragraph 12.

13. This answering defendant denies the allegations of paragraph 13.

14. This answering defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 14, except that it specifically denies any distribution of paper bags.

15. This answering defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 15, except that it specifically denies any sale of paper bags. .

16. This answering defendant denies the allegations of paragraph 16 and each and every alphabetical subparagraph thereof, (a) through (b) inclusive.

17. This answering defendant denies the allegations of paragraph 17.

WHEREFORE, defendant DART CONTAINER CORPORATION denies that Plaintiff RANA CHIRIBOGA is entitled to judgment against it in an amount in excess of $75,000 and costs of suit, or for any judgment in any amount whatsoever.

## COUNT VI

1-16.    Defendant DART CONTAINER CORPORATION repeats, reasserts and realleges its answers and responses to paragraphs 1 through 16 of Count V as and for its answers to paragraphs 1 through 16 of this Count VI, as though fully set forth herein.

17.    This answering defendant denies the allegations of paragraph 17.

WHEREFORE, defendant DART CONTAINER CORPORATION denies that Plaintiff FRANK CHIRIBOGA is entitled to judgment against it in an amount in excess of $75,000 and costs of suits, or for any judgment in any amount whatsoever.

## COUNT VII

1-15.    This answering defendant repeats, reasserts and re-alleges its answers and responses to paragraphs 1 through 15 of Count V as and for its answers to paragraphs 1 through 15 of this Count VII, as though fully set forth herein.

16.    This answering defendant denies the allegations of paragraph 16.

17.    This answering defendant denies the allegations of paragraph 17.

WHEREFORE, defendant DART CONTAINER CORPORATION denies that Plaintiff RANA CHIRIBOGA is entitled to judgment against it in an amount in excess of $75,000 and costs of suit, or for any judgment in any amount whatsoever.

## COUNT VIII

1-16.    This answering defendant repeats, reasserts and re-alleges its answers and responses to paragraphs 1 through 16 of Count VII , as and for its answers to paragraphs 1 through 16 of this Count VIII, as though fully set forth herein.

17.    This answering defendant denies the allegations of paragraph 17.

WHEREFORE, defendant DART CONTAINER CORPORATION denies that Plaintiff FRANK CHIRIBOGA is entitled to judgment against it in an amount in excess of $75,000 and costs of suit, or for any judgment in any amount whatsoever.

> DART CONTAINER CORPORATION, a corporation, Defendant.
>
> By:  /s/   Lyndon C. Molzahn
>         Lyndon C. Molzahn, One of Its Attorneys

Lyndon C. Molzahn ARDC #1941186
Stephen R. Vedova  ARDC #6256810
MENGES & MOLZAHN, LLC
20 North Clark Street
Suite 2300
Chicago, IL 60602
(312) 917-1880
(312) 917-1851 - Fax