UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division

Rana Chiriboga, et al.
                                    Plaintiff,

v.                                                      Case No.: 1:07−cv−06173
                                                        Honorable George W. Lindberg

The Steak and Shake Company, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 11, 2007:

    MINUTE entry before Judge George W. Lindberg : The status hearing scheduled for 12/12/2007 at 11:00a.m. is reset to 9:45a.m. on 12/12/2007.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.