**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Rana Chiriboga, et al.
                                    Plaintiff,

v.                                                    Case No.: 1:07−cv−06173
                                                      Honorable George W. Lindberg

The Steak and Shake Company, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 12, 2007:

    MINUTE entry before Judge George W. Lindberg : Status hearing held. The parties are to report the results of the client's face to face settlement conference on 1/16/2008 at 9:30a.m. Discovery cutoff set for 5/7/2008. Discovery hearing set for 4/9/2008 at 9:30a.m. Motion for summary judgment due 5/28/2008. Response to the motion for summary judgment due 6/11/2008. Reply to the motion for summary judgment due 6/18/2008. Ruling in open court on 7/16/2008 at 9:30a.m. Proposed final pretrial order to be submitted to chambers by 10:00a.m. on 7/28/2008. Jury trial set for 8/4/2008 at 10:00a.m. Leave of court is given to the plaintiff to file an additional appearance.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.