THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RANA CHIRIBOGA ) | |
| and FRANK CHIRIBOGA, ) | |
| Plaintiffs, ) | |
| v. ) | No. 07 C 6173 |
| ) | |
| THE STEAK AND SHAKE COMPANY, ) | Judge Lindberg |
| an Indiana Corporation; ) | |
| STEAK 'N SHAKE OPERATIONS, INC., ) | Magistrate Judge Cole |
| an Indiana Corporation; and, ) | |
| DART CONTAINER CORPORATION, ) | |
| a Michigan Corporation, ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

TO:   Service list

Todd E. Carlson certifies that a copy of

> **APPEARANCE of THE STEAK AND SHAKE COMPANY
> and STEAK 'N SHAKE OPERATIONS, INC.,
> JURY DEMAND
> ANSWER TO COMPLAINT and AFFIRMATIVE DEFENSES**

was served on all interested parties in this action by placing a true copy, enclosed in a sealed envelope with postage thereon fully pre-paid on or before 5:00 p.m. in the U.S. Mail in Chicago, Illinois on December 20, 2007.


/s/ Todd E. Carlson
GRANT, ROSS & FANNING
Attorneys for Attorneys for THE STEAK AND SHAKE COMPANY
and STEAK 'N SHAKE OPERATIONS, INC.,
550 W. Washington Boulevard
Suite 1600
Chicago, Illinois  60661
(312) 775-9750
ARDC 6190273