IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RANA CHIRIBOGA ) | |
| and FRANK CHIRIBOGA, ) | |
| Plaintiffs, ) | |
| v. ) | No. 07 C 6173 |
| ) | |
| THE STEAK AND SHAKE COMPANY, ) | Judge Lindberg |
| an Indiana Corporation; ) | |
| STEAK N SHAKE OPERATIONS, INC., ) | Magistrate Judge Cole |
| an Indiana Corporation; and, ) | |
| DART CONTAINER CORPORATION, ) | |
| a Michigan Corporation, ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO:    SERVICE LIST

PLEASE TAKE NOTICE that on December 20, 2007, there was electronically filed with the Clerk of the Court the attached **APPEARANCES, JURY DEMAND, ANSWER AND AFFIRMATIVE DEFENSES OF THE STEAK AND SHAKE COMPANY AND STEAK N SHAKE OPERATIONS, INC.**

/s/ Todd E. Carlson
Grant, Ross & Fanning
550 West Washington Blvd. - Suite 1600
Chicago, IL  60661
(312) 775-9748
ARDC:  6190273