Re:   Rana and Frank Chirigoboga v. The Steam and Shake Company et al
       No. 07C-6173

***ATTORNEY FOR PLAINTIFFS***
Thomas A. Clancy
Jeanine L. Stevens
CLANCY & STEVENS
29 S. LaSalle Street
Suite 220
Chicago, IL  60603
312/782-2800
tomclancy@rocketmail.com
jstevens@clancystevens.com


***ATTORNEY FOR DART CONTAINER CORP.***
Lyndon Charles Molzahn
Stephen Richard Vedova
MENGES & MOLZAHN
20 N. Clark Street
Suite 2300
Chicago, IL  60602
312/917-1880
lcm@menges.com