THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RANA CHIRIBOGA and FRANK CHIRIBOGA,<br>      Plaintiffs,<br>v.<br><br>THE STEAK AND SHAKE COMPANY, an Indiana Corporation;<br>STEAK N SHAKE OPERATIONS, INC., an Indiana Corporation; and,<br>DART CONTAINER CORPORATION, a Michigan Corporation,<br>      Defendants. | No. 1:07-cv-06173<br><br>Senior District Judge George W. Lindberg<br><br>Magistrate Judge Jeffrey Cole |

**AGREED MOTION FOR AN ADDITIONAL 30 DAYS
TO COMPLETE FACE-TO-FACE SETTLEMENT CONFERENCE**

  NOW COME Plaintiffs, RANA CHIRIBOGA and FRANK CHIRIBOGA, by and through their attorneys, CLANCY & STEVENS, and in support of the parties' agreed motion for an additional 30 days to complete face-to-face settlement conference state as follows:

  1. This case involves injuries sustained by RANA CHIRIBOGA ("RANA") on November 1, 2005, when containers of hot "take out" soup purchased by RANA from Steak 'n Shake Restaurant in Glendale Heights, Illinois collapsed causing her injuries to her back, hip and leg.

  2. RANA CHIRIBOGA underwent an MRI of her back in late December 2007, and cannot be seen by her orthopedic doctor until January 14, 2008, to be examined to obtain the results of the MRI.

  3. Presently, this case is scheduled for a January 16, 2008, status hearing before the Court to report the results of the clients' face-to-face settlement conference.

1

4.       In order to complete a meaningful settlement conference, the parties need the results of RANA's MRI study and January 14, 2008, examination.  Accordingly, the parties request that the Court provide an additional thirty days, up through and including February 15, 2008, to complete the face-to-face settlement conference.

WHEREFORE, Plaintiffs respectfully request an additional 30 days, up to and including February 15, 2008, to complete a face-to-face settlement conference in this matter.

Respectfully submitted,

 s/Gabriel P. Hardy
Gabriel P. Hardy
CLANCY & STEVENS
Barrister Hall - Suite 220
29 South La Salle Street
Chicago, IL 60603
Phone:  (312) 782-2800
Fax:     (312) 782-2852
E-mail: ghardy@clancystevens.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants.

Respectfully submitted,

 s/Gabriel P. Hardy
Gabriel P. Hardy
CLANCY & STEVENS
Barrister Hall - Suite 220
29 South La Salle Street
Chicago, IL 60603
Phone:  (312) 782-2800
Fax:     (312) 782-2852
E-mail: ghardy@clancystevens.com

F:\Clancy\Chiriboga.798\motextface.wpd

2