THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RANA CHIRIBOGA<br>and FRANK CHIRIBOGA,<br>      Plaintiffs,<br>  v.<br><br>THE STEAK AND SHAKE COMPANY,<br>an Indiana Corporation;<br>STEAK N SHAKE OPERATIONS, INC.,<br>an Indiana Corporation; and,<br>DART CONTAINER CORPORATION,<br>a Michigan Corporation,<br>      Defendants. | No. 1:07-cv-06173<br><br>Senior District Judge George W. Lindberg<br><br>Magistrate Judge Jeffrey Cole |

## NOTICE OF MOTION

  PLEASE TAKE NOTICE THAT on **Wednesday, January 16, 2008**, at **9:30 a.m.**, I shall appear before Judge George W. Lindberg in Courtroom 1425 of the U.S. District Courthouse, 219 South Dearborn Street, Chicago, IL 60604 and present **Agreed Motion for an Additional 30 Days to Complete Face-to-Face Settlement Conference** (Document 17).

              Respectfully submitted,

               s/Gabriel P. Hardy
              Gabriel P. Hardy
              CLANCY & STEVENS
              Barrister Hall - Suite 220
              29 South La Salle Street
              Chicago, IL 60603
              Phone:  (312) 782-2800
              Fax: (312) 782-2852
              E-mail: ghardy@clancystevens.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants.

                                        Respectfully submitted,

                                        s/Gabriel P. Hardy
                                        Gabriel P. Hardy
                                        CLANCY & STEVENS
                                        Barrister Hall - Suite 220
                                        29 South La Salle Street
                                        Chicago, IL 60603
                                        Phone:  (312) 782-2800
                                        Fax:     (312) 782-2852
                                        E-mail: ghardy@clancystevens.com

F:\Clancy\Chiriboga.798\notmot001.wpd