IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RANA CHIRIBOGA and FRANK CHIRIBOGA, Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 07 C 6173 |
| THE STEAK AND SHAKE COMPANY, an Indiana Corporation; | ) ) | Judge Lindberg |
| STEAK N SHAKE OPERATIONS, INC., an Indiana Corporation; and, | ) ) | Magistrate Judge Cole |
| DART CONTAINER CORPORATION, a Michigan Corporation, Defendants. | ) ) ) | |

## CERTIFICATE OF SERVICE

To:   Thomas A. Clancy
      Jeanine L. Stevens
      CLANCY & STEVENS
      29 S. LaSalle Street, Suite 220
      Chicago, IL  60603

      Lyndon Charles Molzahn
      Stephen Richard Vedova
      MENGES & MOLZAHN
      20 N. Clark Street , Suite 2300
      Chicago, IL  60602

Todd E. Carlson certifies that a copy of the foregoing, **DEFENDANT THE STEAK AND SHAKE COMPANY'S ANSWERS TO INTERROGATORIES AND RESPONSE TO REQUEST FOR PRODUCTION PROPOUNDED BY PLAINTIFFS**, was served on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully pre-paid on or before 5:00 p.m. in the U.S. Mail in Chicago, Illinois on this 14th day of January, 2008.


/s/ Todd E. Carlson
GRANT, ROSS & FANNING
Attorneys for  THE STEAK AND SHAKE COMPANY
and STEAK 'N SHAKE OPERATIONS, INC.
550 W. Washington Boulevard
Suite 1600
Chicago, Illinois  60661
(312) 775-9750
ARDC No.: 6190273