**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Rana Chiriboga, et al.
                       Plaintiff,

v.                                                         Case No.: 1:07−cv−06173
                                                        Honorable George W. Lindberg

The Steak and Shake Company, et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 16, 2008:

      MINUTE entry before Judge George W. Lindberg : Plaintiffs' motion for an Additional 30 Days to Complete the Face−to−Face Settlement Conference is granted. Status hearing reset to 2/21/2008 at 9:30a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.