THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RANA CHIRIBOGA and FRANK CHIRIBOGA, Plaintiffs, v. THE STEAK AND SHAKE COMPANY, an Indiana Corporation; STEAK N SHAKE OPERATIONS, INC., an Indiana Corporation; and, DART CONTAINER CORPORATION, a Michigan Corporation, Defendants. | No. 1:07-cv-06173 Senior District Judge George W. Lindberg Magistrate Judge Jeffrey Cole |

### STIPULATION TO DISMISS

THE PARTIES stipulate to dismissal of the above action for the sum of $46,000.00 (*forty six thousand dollars*), all matters in controversy between the parties having been resolved. Defendants THE STEAK AND SHAKE COMPANY, an Indiana Corporation and STEAK N SHAKE OPERATIONS, INC., an Indiana Corporation will pay Plaintiffs $45,000.00 (*forty five thousand dollars*) and Defendant DART CONTAINER CORPORATION, a Michigan Corporation will pay Plaintiffs $1,000.00 (*one thousand dollars*) in full and final satisfaction of Plaintiffs' claims.

Todd E. Carlson
Grant Ross & Fanning
Attorney for Steak n Shake

Lyndon C. Molzahn
Menges & Molzahn, LLC
Attorney for Dart Container

Jeanine L. Stevens
Clancy & Stevens
Attorney for Plaintiffs

P:\Clancy\Chiriboga.79\stiptodis.wpd